**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**FILED**
**MARCH 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 1483**

| In the Matter of | Case Number: |
|---|---|
| Grizzly Industrial, Inc. v. Pucel Enterprises, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Grizzly Industrial, Inc., Plaintiff

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

| NAME (Type or print) |
|---|
| Michele S. Katz |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michele S. Katz |
| FIRM |
| Welsh & Katz, Ltd. |
| STREET ADDRESS |
| 120 South Riverside Plaza, 22nd Floor |
| CITY/STATE/ZIP |
| Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6273985 | 312-655-1500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 12, 2008, a true and correct copy of the foregoing APPEARANCE was served on the following attorney for PUCEL ENTERPRISES, INC. via the U.S. Postal Service, first class mail, postage prepaid and electronic mail:

Kenneth L. Mitchell, Esq.
Woodling, Krost and Rust
9213 Chillicothe Road
Kirtland, Ohio  44094
Telephone:  (440) 256-4150
Email:  clevepat@sbcglobal.net

                                                  /s/ Joseph F. Schmidt
                                          One of the Attorneys for Plaintiff