**FILED**
**MARCH 12, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**08 C 1483**

| | | |
|---|---|---|
| GRIZZLY INDUSTRIAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| PUCEL ENTERPRISES, INC., | ) | **JUDGE DER-YEGHIAYAN** |
| | ) | **MAGISTRATE JUDGE NOLAN** |
| Defendant. | ) | |

## GRIZZLY INDUSTRIAL, INC. RULE 7.1
## CORPORATE DISCLOSURE STATEMENT

Plaintiff, Grizzly Industrial, Inc. ("Grizzly"), by its undersigned counsel, hereby submits the following Corporate Disclosure Statement.

*Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure*:

- Grizzly does not have a parent corporation.

- There are no publicly held corporations that own 10% or more of Grizzly.

*Pursuant to Local Rule 3.2 of the United States District Court For The Northern District of Illinois:*

- Grizzly has no affiliates as that term is defined in Local Rule 3.2.

March 12, 2008

Respectfully submitted,

/s/ Joseph F. Schmidt
Joseph F. Schmidt (Illinois Bar No. 2492180)
Michele S. Katz (Illinois Bar No. 6273985)
**WELSH & KATZ, LTD.**
120 S. Riverside Plaza, 22nd Floor
Chicago, IL  60606
Phone (312) 655-1500

Counsel for Grizzly Industrial, Inc.