**FILED**
**MARCH 12, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GRIZZLY INDUSTRIAL, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| PUCEL ENTERPRISES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**08 C 1483**

**JUDGE DER-YEGHIAYAN**
**MAGISTRATE JUDGE NOLAN**

LOCAL RULE 3.4
NOTICE OF CLAIMS INVOLVING TRADEMARKS

Plaintiff, Grizzly Industrial, Inc. ("Grizzly"), by its undersigned counsel, hereby submits the following Notice of Claims Involving Trademarks.

*Pursuant to Rule 15 U.S.C. §1116(c):*

I.  Parties:

Plaintiff, Grizzly's principal place of business is located at 1821 Valencia Street, Bellingham, Washington 98229.

Defendant, Pucel Enterprises, Inc. is located at 1440 East 36th Street, Suite 900, Cleveland, Ohio 44114.

II. Trademarks:

Trademark Application Serial No. 76088346 for the mark GRIZZLY.COM

Trademark Registration No. 2166833 for the mark GRIZZLY

Trademark Registration No. 2413625 for the mark GRIZZLY

Trademark Registration No. 2312226 for the mark GRIZZLY INDUSTRIAL

March 12, 2008                               Respectfully submitted,


                                             /s/ Joseph F. Schmidt
                                             Joseph F. Schmidt (Illinois Bar No. 2492180)
                                             Michele S. Katz (Illinois Bar No. 6273985)
                                             **WELSH & KATZ, LTD.**
                                             120 S. Riverside Plaza, 22nd Floor
                                             Chicago, IL  60606
                                             Phone (312) 655-1500

                                             Counsel for Grizzly Industrial, Inc.