



United States District Court
Northern District of Illinois - Eastern Division
United States Courthouse
219 South Dearborn Street - Room 2010
Chicago, Illinois 60604

MICHAEL W. DOBBINS,
Clerk

Office of the Clerk

Joseph F. Schmidt
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

FILED
MAR 21 2008
Mar 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Re: Grizzly Industrial, Inc. v. Pucel Enterprises, Inc.

Case No.: 1:08-cv-01483

Dear Counselor:

The documents you recently filed in connection with the above-captioned case have been received. Additional information is required for the completion of reports that are forwarded by this office to Washington, D.C.

The following additional information is required:

| TRADEMARK NUMBER | DATE OF TRADEMARK Filing_Registration | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 76/088,346 | 07/10/2000 | Grizzly Industrial, Inc. |
| 2,166,833 | 06/17/1996 - 06/23/1998 | Grizzly Industrial, Inc. |
| 2,413,625 | 04/08/1999 - 12/19/2000 | - Grizzly Industrial, Inc. |
| 2,312,226 | 06/04/1997 - 01/25/2000 | - Grizzly Industrial, Inc. |

Please provide this information within ten (10) days of today's date.

Sincerely yours,

**Michael W. Dobbins, Clerk**

TIANA DAVIS

By: Tiana Davis
Deputy Clerk

