U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  Grizzly Industrial, Inc. v. Pucel Enterprises, Inc.

Case Number: 08 C 1483

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PUCEL ENTERPRISES, INC.

FILED
APR 04 2008
Apr 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
| --- |
| KENNETH L. MITCHELL |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ KENNETH L. MITCHELL |

| FIRM |
| --- |
| WOODLING, KROST AND RUST (KENNETH L. MITCHELL) |

| STREET ADDRESS |
| --- |
| 9213 CHILLICOTHE ROAD |

| CITY/STATE/ZIP |
| --- |
| KIRTLAND   OHIO 44094 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| OHIO BAR NO. 0031587 | 440-256-4150 |

| | YES | NO |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐