# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Grizzly Industrial, Inc. v. Pucel Enterprises, Inc.

Case Number: 08 C 1483

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Grizzly Industrial, Inc.

FILED
J.N Apr 4, 2008
APR X 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) ANDREA R. ZENKER | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Andrea R. Zenker | |
| FIRM HIGGINS & BURKE, P.C. | |
| STREET ADDRESS 7 SOUTH SECOND AVE. | |
| CITY/STATE/ZIP ST. CHARLES, IL 60174 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6286055 | TELEPHONE NUMBER (630) 762-9081 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |