IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRIZZLY INDUSTRIAL, INC. | ) |
| Plaintiff, | ) Civil Action No. 08 C 1483 |
| | ) Judge: Samuel Der-Yeghiayan |
| v. | ) |
| | ) Magistrate Judge: Nan Nolan |
| PUCEL ENTERPRISES, INC. | ) |
| Defendant | ) |

FILED
APR X 4 2008
4-4-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AGREED
STIPULATION TO MOVE OR PLEAD

Since defendant has waived service of summons simultaneously herewith, and since the parties are actively negotiating settlement of all causes of action in good faith, the parties hereby stipulate and agree that defendant, Pucel Enterprises, Inc., shall have up to and including June 12, 2008 to move, plead, file a counterclaim, and otherwise respond to the complaint filed on March 12, 2008.

Respectfully submitted,

/s/ Joseph F. Schmidt     Date: March 26, 2008

Joseph F. Schmidt, Esq.
Illinois Bar No. 2492180
Michele S. Katz, Esq.
Illinois Bar No. 6273985
Attorney for Plaintiff
Welsh & Katz, Ltd.

1

120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606-3912
Direct Dial: (312) 526-1615
Email: jfschmidt@welshkatz.com
Fax: (312) 655-1501
Main Phone: (312) 655-1500

_/s/ JSBu_                    Date: 3/26/08

John Burke, Esq.
Illinois Bar No.
Attorney for Defendant
Higgins & Burke, P.C.
Attorney for Defendant
Higgins & Burke, P.C.
7 South Second Avenue
Saint Charles, Illinois 60174
Phone: (630) 762-9081
Fax: (630) 762-9084
E-mail: jburke@higginsandburke.com

2