MHW

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRIZZLY INDUSTRIAL, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08 C 1483 |
| ) | |
| v. ) | Judge: Samuel Der-Yeghuayan |
| ) | |
| PUCEL ENTERPRISES, INC., ) | Magistrate Judge: Nan Nolan |
| ) | |
| Defendant. ) | |

**NOTICE OF HEARING**

FILED
J.N APR X 4 2008
4-4-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO:    Joseph F. Schmidt              Clerk of the Court
       Michele Sharon Katz            U.S. District ND of Illinois
       Welsh & Katz, Ltd.             Everett McKinley Dirksen
       120 South Riverside Plaza, 22nd Floor   United States Courthouse
       Chicago, IL 6060-3912          219 S. Dearborn Street
                                      Chicago, IL 60604

YOU ARE HEREBY NOTIFIED that on the 24th day of April, 2008 at 9:00 a.m or as soon thereafter as counsel may be heard, I shall appear before Judge Samuel Der-Yeghiayan in the Dirksen Federal Building, 219 S. Dearborn, Courtroom 1903, Chicago, Illinois, at which time and place you may appear if you so desire, and then and there present the attached **Agreed Stipulation to Move or Plead**.

PLEASE TAKE NOTICE that we have on the 3rd day of April, 2008, sent via Federal Express to the United States District Court for the Northern District of Illinois, Eastern Division for filing: Notice of Hearing and Agreed Stipulation to Move or Plead, copies of which are attached hereto and herewith served upon you.

By: _Andrea R. Zenker_

John S. Burke (A.R.D.C.#6208743)
Andrea R. Zenker (A.R.D.C.#6286055)
Higgins & Burke, P.C.
7 South Second Avenue
St. Charles, IL 60174
(630)762-9081
(630)762-9084 Fax

Kenneth L. Mitchell (A.R.D.C.#6273985)
Woodling, Krost and Rust
9213 Chillicothe Road
Kirtland, OH 44094
(440)256-4150
(440)256-7453 Fax

## CERTIFICATE OF ATTORNEY

I certify that on the 3rd day of April, 2008, I sent this by regular mail to the attorneys and Federal Express to the Clerk of the Court.

By *[signature: Andrea R. Zenker]*

John S. Burke (A.R.D.C.#6208743)
Andrea R. Zenker (A.R.D.C.#6286055)
Higgins & Burke, P.C.
7 South Second Avenue
St. Charles, IL 60174
(630)762-9081
(630)762-9084 Fax

Kenneth L. Mitchell (A.R.D.C.#6273985)
Woodling, Krost and Rust
9213 Chillicothe Road
Kirtland, OH 44094
(440)256-4150
(440)256-7453 Fax