

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## AMENDED    ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                          Case Number: 08 C 1483

Grizzly Industrial, Inc. v. Pucel Enterprise, Inc.

AMENDED
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Pucel Enterprises, Inc.

FILED
APR 1 0 2008  PH
Apr 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>JOHN S. BURKE | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ /s/ JSB | |
| FIRM<br>HIGGINS & BURKE, P.C. | |
| STREET ADDRESS<br>7 SOUTH SECOND AVE. | |
| CITY/STATE/ZIP<br>ST. CHARLES, IL 60174 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6208743 | TELEPHONE NUMBER<br>(630) 762-9081 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |