

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
AMENDED   **ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 1483 |
|---|---|
| Grizzly Industrial, Inc. v. Pucel Enterprise, Inc. | |

AMENDED
AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Pucel Enterprises, Inc.

F I L E D
Apr 10, 2008
APR 1 0 2008 PH

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| ANDREA R. ZENKER |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Andrea R. Zenker |
| FIRM |
| HIGGINS & BURKE, P.C. |
| STREET ADDRESS |
| 7 SOUTH SECOND AVE. |
| CITY/STATE/ZIP |
| ST. CHARLES, IL 60174 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6286055 | (630) 762-9081 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐