

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILINOIS
EASTERN DIVISION

FILED
APR 10 2008 PH
Apr 10, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| GRIZZLY INDUSTRIAL, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 08 C 1483 |
| ) | |
| v. ) | Judge: Samuel Der-Yeghuayan |
| ) | |
| PUCEL ENTERPRISES, INC., ) | Magistrate Judge: Nan Nolan |
| ) | |
| Defendant. ) | |

### NOTICE OF FILING

TO:  Joseph F. Schmidt                Clerk of the Court
     Michele Sharon Katz              U.S. District ND of Illinois
     Welsh & Katz, Ltd.               Everett McKinley Dirksen
     120 South Riverside Plaza, 22nd Floor   United States Courthouse
     Chicago, IL 60609-3912           219 S. Dearborn Street
                                      Chicago, IL 60604

PLEASE TAKE NOTICE that we have on the **8th** day of April, **2008**, mailed to the United States District Court for the Northern District of Illinois for filing: an Amended Attorney Appearance Form for John S. Burke, Andrea R. Zenker, copies which are attached hereto and herewith served upon you.

By: *Andrea R. Zenker*

John S. Burke (A.R.D.C.#6208743)
Andrea R. Zenker (A.R.D.C.#6286055)
Higgins & Burke, P.C.
7 South Second Avenue
St. Charles, IL 60174
(630)762-9081
(630)762-9084 Fax

Kenneth L. Mitchell (A.R.D.C.#6273985)
Woodling, Krost and Rust
9213 Chillicothe Road
Kirtland, OH 44094
(440)256-4150
(440)256-7453 Fax

## CERTIFICATE OF ATTORNEY

I certify that on the 8th day of April, 2008, I mailed this Notice of Filing by depositing a copy of same in a U.S. Post Office Box at St. Charles, Illinois, postage prepaid thereon, directed to the persons listed above.

By *[signature: Andrea R. Zenker]*

John S. Burke (A.R.D.C.#6208743)
Andrea R. Zenker (A.R.D.C.#6286055)
Higgins & Burke, P.C.
7 South Second Avenue
St. Charles, IL 60174
(630)762-9081
(630)762-9084 Fax

Kenneth L. Mitchell (A.R.D.C.#6273985)
Woodling, Krost and Rust
9213 Chillicothe Road
Kirtland, OH 44094
(440)256-4150
(440)256-7453 Fax