UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Grizzly Industrial, Inc.
                 Plaintiff,

v.                                         Case No.: 1:08–cv–01483
                                         Honorable Samuel Der–Yeghiayan

Pucel Enterprises, Inc.
                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

    MINUTE entry before Judge Honorable Samuel Der–Yeghiayan: Based on the parties' representations that they are engaged in settlement negotiation, the Court hereby extends Defendant's responsive pleading to Plaintiff's complaint to 06/12/08. Initial status hearing reset to 06/18/08 at 9:00 a.m. Initial status hearing set for 05/20/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.