IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRIZZLY INDUSTRIAL, INC. ) | |
| ) | |
| Plaintiff/Counterclaim Defendant ) | |
| ) | Civil Action No. 08 C 1483 |
| v. ) | |
| ) | Hon. Samuel Der Yeghiayan |
| PUCEL ENTERPRISES, INC., ) | Magistrate Judge Nan Nolan |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | JURY TRIAL DEMANDED |

Pucel's Rule 7.1 Disclosure Statement

Defendant/Counterclaim Plaintiff Pucel Enterprises, Inc. ("Pucel"), by its undersigned counsel, hereby submits the following Rule 7.1 Disclosure Statement:

Pursuant to Local Rule 7.1 of the Federal Rules of Civil Procedure:

Pucel does not have a parent corporation.

There are no publicly held corporations that own 10% or more of Pucel.

Purusant to Local Rule 3.2 of the United States District Court for the Northern District of Illinois:

Pucel has no affiliates as that term is defined in Local Rule 3.2.

Respectfully submitted,

Pucel Enterprises, Inc.

S /Andrea Zenker/
Kenneth L. Mitchell
Ohio Bar Reg. No. 31587
Florida Bar Reg. No. 382531
Patent Attorney, Reg. No. 36,873
Registered Professional Engineer, Reg. No. 54455
Woodling, Krost and Rust
9213 Chillicothe Road

1

Kirtland, Ohio 44094
phone no. 440-256-4150;
fax no. 440-256-7453;
clevepat@aol.com
clevepat@sbcglobal.net


Andrea Zenker, Esq.
Illinois Bar No. 6286055
Higgins & Burke
7 South Second Avenue
Saint Charles, IL 60174
Phone: 630.762.9081
Fax: 630.762.9084


Counsel for Pucel Enterprises, Inc.


## CERTIFICATE OF SERVICE

A copy of the above Pucel's Rule 7.1 Disclosure Statement was sent June 12 , 2008 by Federal Express, postage prepaid, to Joseph Schmidt, Esq., Welsh & Katz, 120 S. Riverside Plaza, 22nd Floor, Chicago, Illinois 60606, and was sent via E-Mail to docket@welshkatz.com, jfschmidt@welshkatz.com, mkatz@welshkatz.com, Attorneys for Grizzly Industrial, Inc.

_Kenneth L. Mitchell_    s/Andrea Zenker/
Kenneth L. Mitchell
Ohio Bar Reg. No. 31587