IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRIZZLY INDUSTRIAL, INC. ) | |
| ) | |
| Plaintiff/Counterclaim Defendant ) | |
| ) | Civil Action No. 08 C 1483 |
| v. ) | |
| ) | Hon. Samuel Der Yeghiayan |
| PUCEL ENTERPRISES, INC., ) | Magistrate Judge Nan Nolan |
| ) | |
| Defendant/Counterclaim Plaintiff. ) | JURY TRIAL DEMANDED |

LOCAL RULE 3.4

Notice of Claims Involving Trademarks

Defendant/Counterclaim Plaintiff Pucel Enterprises, Inc. ("Pucel"), by its undersigned counsel, hereby submits the following Notice of Claims Involving Trademarks.

Pursuant to 15 U.S.C. §1116 ( c ) :

I. Parties. Plaintiff/Counterclaim Defendant Grizzly Industrial's place of business is located at 1821 Valencia Street, Bellingham, Washington, 98229. Pucel is located at 1440 East 36th Street, Cleveland, Ohio 44114.

II. Trademarks.

1. United States Registration No. 624,055 for the mark GRIZZLY.

2. United States Registration No. 704,529 for the mark GRIZZLY.

3. United States Trademark Registration Nos. 704,589 for the mark GRIZZLY.

4. United States Trademark Registration Nos. 704,588 for the GRIZZLY BEAR SYMBOL.

      5. United States Trademark Registration No. 704,631 for the GRIZZLY BEAR SYMBOL.

      6. United States Trademark Registration No. 704,530 for the GRIZZLY BEAR SYMBOL.

Respectfully submitted,

Pucel Enterprises, Inc.

/s/Andrea Zenker/

Kenneth L. Mitchell
Ohio Bar Reg. No. 31587
Florida Bar Reg. No. 382531
Patent Attorney, Reg. No. 36,873
Registered Professional Engineer, Reg. No. 54455
Woodling, Krost and Rust
9213 Chillicothe Road
Kirtland, Ohio 44094
phone no. 440-256-4150;
fax no. 440-256-7453;
clevepat@aol.com
clevepat@sbcglobal.net

Andrea Zenker, Esq.
Illinois Bar No. 6286055
Higgins & Burke
7 South Second Avenue
Saint Charles, IL 60174
Phone: 630.762.9081
Fax: 630.762.9084

Counsel for Pucel Enterprises, Inc.

## CERTIFICATE OF SERVICE

      A copy of the above LOCAL RULE 3.4, Notice of Claims Involving Trademarks was sent June 12, 2008 by Federal Express, postage prepaid, to Joseph Schmidt, Esq., Welsh & Katz, 120 S. Riverside Plaza, 22nd Floor, Chicago, Illinois 60606, and was sent via E-Mail to docket@welshkatz.com, jfschmidt@welshkatz.com, mkatz@welshkatz.com, Attorneys for Grizzly Industrial, Inc.

s/Andrea Zenker/

_Kenneth L. Mitchell_
Kenneth L. Mitchell
Ohio Bar Reg. No. 31587