# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Grizzly Industrial, Inc.
        Plaintiff,

v.                Case No.: 1:08–cv–01483
                 Honorable Samuel Der–Yeghiayan

Pucel Enterprises, Inc.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 16, 2008:

  MINUTE entry before the Honorable Samuel Der–Yeghiayan: Counsel for the parties have advised this Court's Courtroom Deputy that the parties have reached a settlement and are finalizing settlement documents. At the parties' request, status hearing reset to 08/07/08 at 9:00 a.m. Status hearing set for 06/18/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.