UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRIZZLY INDUSTRIAL, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PUCEL ENTERPRISES, INC., ) <br> ) <br> Defendant. ) | Civil Action No. 08 C 1483 <br><br> Judge: Samuel Der-Yeghiayan <br><br> Magistrate Judge: Nan Nolan |

### STIPULATION TO DISMISS

The parties, through their respective counsel, hereby stipulate that the above-identified action be dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

_____
Joseph F. Schmidt
Welsh & Katz, Ltd.
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606

Attorney for Plaintiff

GRIZZLY INDUSTRIAL, INC.

Date: June 23, 2008

_____
Kenneth L. Mitchell
Woodling, Krost and Rust
9213 Chillicothe Road
Kirtland, OH 44094

Attorneys for Defendant

PUCEL ENTERPRISES, INC.

Date: June 23, 2008