UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GRIZZLY INDUSTRIAL, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08 C 1483 |
| v. ) | |
| ) | Judge: Samuel Der-Yeghuayan |
| PUCEL ENTERPRISES, INC., ) | |
| ) | Magistrate Judge: Nan Nolan |
| Defendant. ) | |

## NOTICE OF FILING

TO:   Kenneth L. Mitchell, Esq. -- Woodling, Krost and Rust, 9213 Chillicothe Road, Kirtland, OH 44094

PLEASE TAKE NOTICE that on the **June 25, 2008**, we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, **STIPULATION TO DISMISS**, a copy of which is served upon you.

/s/ Joseph F. Schmidt
Joseph F. Schmidt (Illinois Bar No. 2492180)
Julie A. Katz (Illinois Bar No. 6204541)
Michele S. Katz (Illinois Bar No. 6273985)
**WELSH & KATZ, LTD.**
120 S. Riverside Plaza, 22nd Floor
Chicago, IL 60606
Tel:   (312) 655-1500
Fax:   (312) 655-1501
E-mail: jfschmidt@welshkatz.com
E-mail: jakatz@welshkatz.com
E-mail: mkatz@welshkatz.com
*Attorneys for Grizzly Industrial, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Notice of Filing and STIPULATION TO DISMISS were served on June 25, 2008, on the following parties in accordance with the Court's Administrative Procedures for Electronic Case Filing:

Kenneth L. Mitchell, Esq.
Woodling, Krost and Rust
9213 Chillicothe Road,
Kirtland, OH  44094

                                                  /s/ Joseph F. Schmidt
                                       One of the Attorneys for Plaintiff